UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ALEXANDRE PCHENITCHNIKOV, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>)<br>ALBERTO GONZALES, )<br>)<br>Respondent. )<br>) | CIV  05-2149 PHX JWS<br><br>ORDER FROM CHAMBERS<br><br>[Re:  Report and Recommendation ] |

## I.  MATTER PRESENTED

At docket 7, petitioner Alexandre Pchenitchnikov moves the court to grant his Petition for Writ of Habeas Corpus, which is filed at docket 1.  At docket 9, Magistrate Judge Lawrence Anderson filed his report and recommendation, which construed petitioner's motion as a motion for entry of default.  No objections to the report and recommendation were filed.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1]  When reviewing a magistrate

---

[1] 28 U.S.C. § 636(b)(1).

judge's report and recommendation in a habeas case, the district court reviews *de novo* conclusions of law[2] and findings of fact to which parties object.[3] The court reviews for clear error uncontested findings of fact.[4]

### III.  BACKGROUND

The court has reviewed the report and recommendation and found that it accurately summarizes the procedural background of this case.  Accordingly, the court adopts the summary as its own.

### IV.  DISCUSSION

Having reviewed the magistrate judge's report and recommendation under the standard of review articulated above, the court agrees with the magistrate judge's findings of fact and conclusions of law.  Accordingly, the court **ACCEPTS** the report and recommendation at docket 9.  Petitioner's motion at docket 7 is **DENIED**.

DATED at Anchorage, Alaska, this 7th day of February 2006.

                                         /s/
                             JOHN W. SEDWICK
                     UNITED STATES DISTRICT JUDGE

---

[2] *Barilla v. Ervin*, 886 F.3d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by* Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174 (9th Cir. 1996).

[3] 28 U.S.C. § 636(b)(1).

[4] *Taberer v. Armstrong World Indus., Inc.*, 954 F.2d 888, 906 (3d Cir. 1992).